Augusto Saavedra Riquelme, promovente, *v.* Hon. R. Sancho Bonet, Juez de la Corte de Distrito de Arecibo, y Adolfo Saavedra Solá y su esposa Victoria Feliciano, demandados.

No. 54.—*Sometido:* Marzo 14, 1932. *Resuelto:* Marzo 30, 1932.

*José Sabater,* abogado del promovente; *Martínez Nadal & Martínez Rivera,* abogados de los demandados esposos Saavedra-Feliciano.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Por los motivos consignados en el caso de *Augusto Saavedra Riquelme* v. *Enrique S. Mestre, etc.,* mandamus, *ante,* pág. 288, nos sentimos obligados a resolver que el Juez Sancho Bonet no tenía autoridad para actuar y, por tanto, se librará una orden dirigida a él para que se abstenga de actuar en el caso de *Adolfo Saavedra Solá et ux.* v. *Augusto Saavedra Riquelme et ux,* núm. 9305, a que se refiere la petición en este caso.